UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **EDCV 24-1529-MWF(SPx)**                                    Date:  February 27, 2025

Title  ***Sachin Khokhar v. J C K American Transport, Inc., et al.***

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

This action was transferred from the Southern District of California to the Central District of California on July 18, 2024. (Docket No. 17). On November 5, 2024, the Court partially granted Plaintiff's Motion for Leave to Effect Service. (Docket No. 35). On December 20, 2024, Plaintiff filed a Proof of Service on the California Secretary of State. (Docket No. 36).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 14, 2025**.

■ By Defendant: Response to the Complaint.

OR

■ By Plaintiff: Application to the Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **March 14, 2025**, will be construed as abandonment of this action resulting in dismissal.

IT IS SO ORDERED.